UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LYDIA O. MANLANGIT and OSCAR T. MANLANGIT,

        Plaintiffs,

  v.

NATIONAL CITY MORTGAGE, an Ohio corporation, PNC MORTGAGE, an Ohio corporation itself and as parent/successor in interest to NATIONAL CITY MORTGAGE, CAL-WESTERN RECONVEYANCE CORPORATION and DOES 1-10,

        Defendants.
_____/

CASE NO. CIV 2:10-1225 WBS DAD

ORDER

LYDIA O. MANLANGIT and OSCAR T. MANLANGIT,

        Plaintiffs

  v.

NATIONAL CITY MORTGAGE, a division of NATIONAL CITY BANK, CAL-WESTERN RECONVEYANCE CORPORATION, and DOES 1-250 inclusive,

        Defendants.
_____/

CASE NO. CIV 2:11-01618 JAM EFB

       The court has received the Notice of Related Cases concerning the above-captioned cases filed on June 17, 2011.  <u>See</u> Local Rule 83-123.  The court has, however, determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so.  This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

       IT IS SO ORDERED.

DATED: June 21, 2011

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE