IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYDIA O. MANLANGIT; OSCAR T. MANLANGIT,

        Plaintiffs,

vs.

NATIONAL CITY MORTGAGE, a division of NATIONAL CITY BANK, CAL-WESTERN RECONVEYANCE CORPORATION, and DOES 1-250 inclusive,

        Defendants.
_____/

No. 2:11-cv-1618-JAM-EFB PS

ORDER

        On April 23, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

        1. The proposed Findings and Recommendations filed April 23, 2012, are ADOPTED;

        2. PNC Bank's motion to expunge, Dckt. No. 20, is granted;

3. The lis pendens plaintiffs recorded with the Sacramento County Recorder on June 6, 2011 at book 20110606, page 1020, is expunged;

4. PNC Bank's request for attorneys' fees pursuant to California Code of Civil Procedure § 405.38 is granted; and

5. Plaintiffs are ordered to pay PNC Bank $534.37 in attorney's fees within thirty days from the date of this order.

DATED: July 27, 2012

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE